## UNITED STATES DISTRICT COURT
### FOR THE Northern District of Illinois – CM/ECF LIVE, Ver 6.3.1
### Eastern Division

Powell Prescription Center, et al.
                                Plaintiff,

v.                                                  Case No.: 1:19−cv−06627
                                                    Honorable John J. Tharp Jr.

Surescripts, LLC, et al.
                                Defendant.

## NOTIFICATION OF DOCKET ENTRY

This docket entry was made by the Clerk on Tuesday, December 3, 2019:

      MINUTE entry before the Honorable John J. Tharp, Jr:Status and motion hearing. For reasons stated on the record, plaintiffs' agreed motion to reassign case as related [33] and motion for entry of case management order No. 1 [47] are granted. Subject to approval of the Executive Committee, Case Numbers 19 CV 6778, 19 CV 7445, 19 CV 7448, and 19 CV 7640 is to be reassigned to Judge Tharp's calendar pursuant to Local Rule 40.4 on relatedness grounds. Anticipating the reassignment of these cases, Case Management Order No. 1 ("CMO No. 1") is entered and Plaintiffs are directed to file their consolidated amended complaint as a separate entry on this docket. Upon reassignment and the filing of the consolidated amended complaint, Case Numbers 19 CV 6778, 19 CV 7035, 19 CV 7445, 19 CV 7448, and 19 CV 7640 will be terminated. Defendants' responses to the consolidated amended complaint, and briefing thereon, will proceed as set forth in CMO No. 1. Status hearing set on 1/16/20 at 10:00 a.m. In advance of the status hearing, the Court anticipates that the parties will file motions pertaining to a further case management schedule, ESI protocol, and confidentiality order, which should be noticed for presentment at the status hearing. Formal discovery is deferred until further order, but the parties are encouraged to engage in informal discovery that can be accomplished with minimal burden. Mailed notice(air, )

**ATTENTION:** This notice is being sent pursuant to Rule 77(d) of the Federal Rules of Civil Procedure or Rule 49(c) of the Federal Rules of Criminal Procedure. It was generated by CM/ECF, the automated docketing system used to maintain the civil and criminal dockets of this District. If a minute order or other document is enclosed, please refer to it for additional information.

For scheduled events, motion practices, recent opinions and other information, visit our web site at ***www.ilnd.uscourts.gov***.