**UNITED STATES DISTRICT COURT**
**NORTHERN DISTRICT OF ILLINOIS**

| | |
|---|---|
| IN RE SURECRIPTS ANTITRUST LITIGATION | Civil Action No. 1:19-cv-06627 |
| This Document Relates To: | Honorable John J. Tharp |
| All Class Actions | Magistrate Judge Susan E. Cox |

**NOTICE OF MOTION**

**PLEASE TAKE NOTICE** that on **Thursday, January 16, 2020 at 10:00 a.m.**, or as soon thereafter as counsel may be heard, the undersigned counsel will appear before **Judge John J. Tharp, Jr.**, or any Judge sitting in his stead in Room 1419 of the United States District Court, Northern District of Illinois, Eastern Division at 219 S. Dearborn, Chicago, Illinois, and then and there present the **Joint Motion for Entry of Case Management Order No. 2.**

Dated: January 13, 2020

Respectfully Submitted,

/s/ Kenneth A. Wexler
Kenneth A. Wexler
Justin N. Boley
Tyler J. Story
**Wexler Wallace LLP**
55 West Monroe St., Ste. 3300
Chicago, IL 60603
T: (312) 346-2222
F: (312) 346-0022
kaw@wexlerwallace.com
jnb@wexlerwallace.com
tjs@wexlerwallace.com

*Counsel for Plaintiffs and the Proposed Class*