# UNITED STATES DISTRICT COURT
# FOR THE NORTHERN DISTRICT OF ILLINOIS
# EASTERN DIVISION

| | |
|---|---|
| IN RE SURESCRIPTS ANTITRUST LITIGATION<br><br>This Document Relates To:<br>All Class Actions | Civil Action No. 1:19-cv-06627<br><br>Judge John J. Tharp, Jr.<br><br>Magistrate Judge Susan E. Cox |

## ALLSCRIPTS HEALTHCARE SOLUTIONS, INC.'S MOTION TO DISMISS PLAINTIFFS' CONSOLIDATED AMENDED COMPLAINT

Pursuant to Federal Rule of Civil Procedure 12(b)(6), Defendant Allscripts Healthcare Solutions, Inc. (Allscripts), hereby moves to dismiss Count IV of Plaintiffs' Consolidated Amended Complaint [Dkt. 52]. In support of this motion, Allscripts respectfully submits the accompanying memorandum of law.

DATED: January 31, 2020.

    /s/ Katharine M. O'Connor
Joel R. Grosberg (*Pro Hac Vice*)
Louise-Astrid Aberg (*Pro Hac Vice*)
**McDermott Will & Emery LLP**
The McDermott Building
500 North Capitol St NW
Washington, DC, 20001-1531
Telephone: (202) 756-8207
Email: jgrosberg@mwe.com
       laberg@mwe.com

Katharine M. O'Connor
Joshua Eastby
**McDermott Will & Emery LLP**
444 West Lake Street, Suite 4000
Chicago, IL, 60606-0029
Telephone: (312) 984-3627
Email: koconnor@mwe.com
       jeastby@mwe.com

*Attorneys for Defendant Allscripts Healthcare Solutions, Inc.*

## **CERTIFICATE OF SERVICE**

I hereby certify that on January 31, 2020, I served **ALLSCRIPTS HEALTHCARE SOLUTIONS, INC.'S MOTION TO DISMISS PLAINTIFFS' CONSOLIDATED AMENDED COMPLAINT** on all counsel of record via the CM/ECF electronic filing system.

/s/ Katharine M. O'Connor
Katharine M. O'Connor
