**UNITED STATES DISTRICT COURT**
**NORTHERN DISTRICT OF ILLINOIS**

| | |
|---|---|
| IN RE SURESCRIPTS ANTITRUST LITIGATION<br><br>This Document Relates To:<br><br>All Class Actions | Civil Action No. 1:19-cv-06627<br><br>Judge John J. Tharp, Jr. |

**SURESCRIPTS, LLC'S MOTION TO DISMISS**
**PLAINTIFFS' CONSOLIDATED CLASS ACTION COMPLAINT**

Pursuant to Rules 12(b)(1) and 12(b)(6) of the Federal Rules of Civil Procedure and for the reasons set forth in the memorandum in support of this motion, Defendant Surescripts, LLC ("Surescripts") hereby moves this Court to dismiss all counts of the Plaintiffs' Consolidated Class Action Complaint for lack of subject matter jurisdiction and for failure to state a claim upon which relief can be granted.

WHEREFORE, Surescripts respectfully requests that this Court dismiss all counts of Plaintiffs' Consolidated Class Action Complaint and requests such other relief as this Court deems appropriate.

Dated: January 31, 2020

Respectfully Submitted,

/s/ Alfred C. Pfeiffer, Jr.
Alfred C. Pfeiffer, Jr. (CA Bar 120965)
Elizabeth C. Gettinger (*pro hac vice*)
LATHAM & WATKINS LLP
505 Montgomery Street, Suite 2000
San Francisco, CA 94111-6538
Telephone: (415) 391-0600
Fax: (415) 395-8095
al.pfeiffer@lw.com
elizabeth.gettinger@lw.com

Amanda P. Reeves (*pro hac vice*)
Allyson M. Maltas (*pro hac vice*)
LATHAM & WATKINS LLP
555 Eleventh Street, NW, Suite 1000
Washington, DC 20004-1304
Telephone: (202) 637-2183
Fax: (202) 637-2201
amanda.reeves@lw.com
allyson.maltas@lw.com

Katrina L. Robinson (CA Bar 305603)
LATHAM & WATKINS LLP
330 North Wabash Avenue, Suite 2800
Chicago, IL 60611
Telephone: (312) 876-7700
Fax: (312) 993-9767
katrina.robinson@lw.com

*Attorneys for Defendant Surescripts, LLC*