**IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF ILLINOIS**

| | |
|---|---|
| IN RE SURESCRIPTS ANTITRUST LITIGATION<br><br>This Document Relates To:<br>All Class Actions | Civil Action No. 1:19-cv-06627<br><br>Judge John J. Tharp, Jr.<br><br>Magistrate Judge Susan E. Cox |

**RELAYHEALTH'S MOTION TO DISMISS
PLAINTIFFS' CONSOLIDATED CLASS ACTION COMPLAINT**

Pursuant to Rule 12(b)(6) of the Federal Rules of Civil Procedure, Defendant RelayHealth hereby moves for dismissal of Plaintiffs' Consolidated Class Action Complaint, ECF No. 52 (the "Complaint"). The bases for this Motion are set forth in RelayHealth's Memorandum of Law in Support of Its Motion to Dismiss Plaintiffs' Consolidated Class Action Complaint, filed contemporaneously with this Motion.

WHEREFORE, for all the reasons set forth in its Memorandum of Law, RelayHealth is entitled to a dismissal of the Complaint.

| | |
|---|---|
| Dated: January 31, 2020 | AXINN, VELTROP & HARKRIDER LLP |
| | |
| | /s/ Rachel J. Adcox |
| | Rachel J. Adcox (#1001488)<br>Jeny M. Maier, admitted *pro hac vice*<br>950 F Street, NW<br>Washington, DC 20004<br>Tel: 202.912.4700<br>Fax: 202.912.4701<br>Email: radcox@axinn.com<br>      jmaier@axinn.com |
| | Daniel S. Bitton, admitted *pro hac vice*<br>560 Mission Street<br>San Francisco, CA 94105<br>Tel: 415.490.1486<br>Fax: 415.490.2001<br>Email: dbitton@axinn.com |
| | LIPE LYONS MURPHY NAHRSTADT & PONTIKIS, LTD. |
| | Jordan M. Tank (#6304122)<br>230 West Monroe Street, Suite 2260<br>Chicago, IL 60606<br>Tel: 312-702-0586<br>Fax: 312-726-2273<br>Email: jmt@lipelyons.com |
| | *Counsel for Defendant RelayHealth* |

2

**CERTIFICATE OF SERVICE**

    I hereby certify that on January 31, 2020, I electronically transmitted the foregoing document to the Clerk of Court using the ECF system for filing. A Notice of Electronic Filing was transmitted to all ECF registrants.

/s/ Rachel J. Adcox  
Rachel J. Adcox