IN THE UNITED STATES DISTRICT COURT
FOR THE
NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

| | |
|---|---|
| Powell Prescription Center, et al., <br><br> Plaintiff(s), <br><br> v. <br><br> Surescripts, LLC., et al., <br><br> Defendant(s). | Case No. 1:19-cv-06627 <br> Judge John J. Tharp, Jr. |

## ORDER

This case is consolidated for all purposes.

Date: 2/6/2020   /s/ John J. Tharp, Jr.
John J. Tharp, Jr.
United States District Judge