**UNITED STATES DISTRICT COURT**
**FOR THE Northern District of Illinois − CM/ECF LIVE, Ver 6.3.2**
**Eastern Division**

Powell Prescription Center, et al.
                                  Plaintiff,

v.                                                                            Case No.: 1:19−cv−06627
                                                                           Honorable John J. Tharp Jr.

Surescripts, LLC, et al.
                                  Defendant.

**NOTIFICATION OF DOCKET ENTRY**

This docket entry was made by the Clerk on Monday, April 27, 2020:

      MINUTE entry before the Honorable John J. Tharp, Jr:On the Court's own motion, the status hearing set for 5/6/20 at 9:30 a.m. is stricken. A new status hearing date will be set when the Court is able to resume routine status hearings. The parties are directed to submit a joint status report addressing the topics identified in the Third Amended General Order 10−12 on June 1, 2020. Mailed notice(air, )

**ATTENTION:** This notice is being sent pursuant to Rule 77(d) of the Federal Rules of Civil Procedure or Rule 49(c) of the Federal Rules of Criminal Procedure. It was generated by CM/ECF, the automated docketing system used to maintain the civil and criminal dockets of this District. If a minute order or other document is enclosed, please refer to it for additional information.

For scheduled events, motion practices, recent opinions and other information, visit our web site at ***www.ilnd.uscourts.gov***.