# EXHIBIT B

# UNITED STATES DISTRICT COURT
# NORTHERN DISTRICT OF ILLINOIS

| | |
|---|---|
| IN RE SURESCRIPTS ANTITRUST LITIGATION<br><br>This Document Relates To:<br><br>All Class Actions | Civil Action No. 1:19-cv-06627<br><br>Honorable John J. Tharp Jr.<br><br>Magistrate Judge Susan E. Cox |

## ADDENDUM TO SETTLEMENT AGREEMENT BETWEEN PLAINTIFFS AND DEFENDANT RELAYHEALTH

**WHEREAS,** NDCHealth Corporation d/b/a RelayHealth ("RelayHealth" or "Settling Defendant") and the Plaintiffs, on behalf of themselves and a settlement class, entered into a settlement agreement on June 25, 2020 (the "Settlement Agreement" or "Agreement");[1]

**WHEREAS,** Section I(A) of the Settlement Agreement defines the term "Settlement Class" but inadvertently omits the exclusion contained in Plaintiffs' Complaint; and

**WHEREAS,** the parties to the Settlement Agreement desire to modify Section I(A) of the Settlement Agreement pursuant to Section III(C) of the Settlement Agreement;

**NOW, THEREFORE, IT IS HEREBY AGREED,** by and among the undersigned on behalf of the Settling Parties, that Section I(A) of the Settlement Agreement be modified to provide as follows:

### A.  Settlement Class Definition

Plaintiffs shall seek, and Settling Defendant shall take no position with respect to, appointment of Plaintiffs' Co-Lead Counsel as Settlement Class Counsel for purposes of this

---

[1] Capitalized terms not otherwise defined herein have the meaning ascribed to them in the Settlement Agreement.

Settlement and certification in the Action of a class for settlement purposes only, referred to herein as the "Settlement Class":

> All pharmacies in the United States and its territories who paid for e-prescriptions routed through the Surescripts network during the period September 21, 2010 through the date of Preliminary Approval.
>
> Excluded from the Settlement Class are Defendants and their officers, directors, management, employees, parents, owners, subsidiaries, or affiliates, and all governmental entities.

IN WITNESS WHEREOF, the Parties hereto, through their fully authorized representatives, have agreed to this Addendum to Settlement Agreement.

Dated: 7/24/2020

_____
Kenneth A. Wexler

Kenneth A. Wexler
Justin N. Boley
**Wexler Wallace LLP**
55 West Monroe St., Ste. 3300
Chicago, IL 60603
T: (312) 346-2222
F: (312) 346-0022
kaw@wexlerwallace.com
jnb@wexlerwallace.com

Daniel E. Gustafson
Michelle J. Looby
**Gustafson Gluek PLLC**
120 South Sixth Street, Ste. 2600
Minneapolis, MN 55402
T: (612) 333-8844
F: (612) 339-6622
dgustafson@gustafsongluek.com
mlooby@gustafsongluek.com

Tyler W. Hudson
Eric D. Barton
**Wagstaff & Cartmell, LLP**

Dated: 7-24-2020

_____
Rachel J. Adcox

Rachel J. Adcox
Jeny M. Maier
**AXINN, VELTROP & HARKRIDER LLP**
950 F Street, NW
Washington, DC 20004
T: (202) 912-4700
F: (202) 912-4701
radcox@axinn.com
jmaier@axinn.com

Daniel S. Bitton
**AXINN, VELTROP & HARKRIDER LLP**
560 Mission Street
San Francisco, CA 94105
T: (415) 490-2000
F: (415) 490-2001
dbitton@axinn.com

*Counsel for Defendant RelayHealth*

2

4740 Grand Avenue, Ste. 300
Kansas City, MO 64112
T: (816) 701-1100
F: (816) 531-2372
thudson@wcllp.com
ebarton@wcllp.com

Robert N. Kaplan, Esq.
Elana Katcher, Esq.
**Kaplan Fox & Kilsheimer LLP**
850 Third Ave., 14th Floor
New York, NY 10022
T: (212) 687-1980
Email: rkaplan@kaplanfox.com
Email: ekatcher@kaplanfox.com

W. Joseph Bruckner
Brian D. Clark
**Lockridge Grindal Nauen P.L.L.P.**
100 Washington Avenue South, Suite 2200
Minneapolis, MN 55401
T: (612) 339-6900
F: (612) 339-0981
wjbruckner@locklaw.com
bdclark@locklaw.com

Jeffrey L. Kodroff
**Spector Roseman & Kodroff, P.C.**
2001 Market Street
Philadelphia PA 19103
T: (215) 4960300
jkodroff@srkattorneys.com

*Interim Co-Lead Counsel for Plaintiffs*

3