# UNITED STATES DISTRICT COURT
# NORTHERN DISTRICT OF ILLINOIS
# EASTERN DIVISION

| | |
|---|---|
| POWELL PRESCRIPTION CENTER, ET AL., <br><br> Plaintiffs, <br><br> v. <br><br> SURESCRIPTS, LLC, ET AL., <br><br> Defendants. | Civil Action No. 1:19-cv-06627 <br><br> Judge John J. Tharp, Jr. |

## MOTION TO WITHDRAW AS COUNSEL

Pursuant to Local Rule 83.17 of the United States District Court for the Northern District of Illinois, Plaintiffs request that Justin R. Erickson be granted leave to withdraw as counsel of record in this matter. All other counsel of record on behalf of Plaintiffs shall remain as counsel.

WHEREFORE, Plaintiffs request that this Motion for Withdrawal be granted and that he be removed from all service lists and no longer receive electronic notices in this case.

Respectfully submitted,

Dated: February 5, 2020

*/s/W. Joseph Bruckner*
W. Joseph Bruckner
Brian David Clark
Robert Kinney Shelquist
Justin R. Erickson
LOCKRIDGE GRINDAL NAUEN P.L.L.P.
100 Washington Avenue South, Suite 2200
Minneapolis, MN 55401
Telephone: (612) 339-6900
Fax: (612) 339-0981
wjbruckner@locklaw.com
bdclark@locklaw.com
rkshelquist@locklaw.com
jrerickson@locklaw.com

1

Kenneth A. Wexler
Justin N. Boley
Tyler J. Story
WEXLER WALLACE LLP
55 West Monroe St., Ste. 3300
Chicago, IL 60603
Telephone: (312) 346-2222
Fax: (312) 346-0022
kaw@wexlerwallace.com
jnb@wexlerwallace.com
tjs@wexlerwallace.com

Tyler W. Hudson
Eric D. Barton
WAGSTAFF & CARTMELL, LLP
4740 Grand Avenue, Ste. 300
Kansas City, MO 64112
Telephone: (816) 701-1100
Fax: (816) 531-2372
thudson@wcllp.com
ebarton@wcllp.com

Daniel E. Gustafson
Karla M. Gluek
Michelle J. Looby
GUSTAFSON GLUEK PLLC
120 South Sixth Street, Ste. 2600
Minneapolis, MN 55402
Telephone: (612) 333-8844
Fax: (612) 339-6622
dgustafson@gustafsongluek.com
kgluek@gustafsongluek.com
mlooby@gustafsongluek.com

Robert N. Kaplan, Esq.
Elana Katcher, Esq.
KAPLAN FOX & KILSHEIMER LLP
850 Third Ave., 14th Floor
New York, NY 10022
Telephone: (212) 687-1980
Email: rkaplan@kaplanfox.com
Email: ekatcher@kaplanfox.com

        Jeffrey L. Kodroff
        John Macoretta
        SPECTOR ROSEMAN & KODROFF, P.C.
        2001 Market Street
        Philadelphia PA 19103
        T: (215) 4960300
        jkodroff@srkattorneys.com
        jmacoretta@srkatorneys.com

        *Counsel for Plaintiffs and the Proposed Class*