# UNITED STATES DISTRICT COURT
# NORTHERN DISTRICT OF ILLINOIS

| | |
|---|---|
| IN RE SURECRIPTS ANTITRUST LITIGATION<br><br>This Document Relates To:<br><br>All Class Actions | Civil Action No. 1:19-cv-06627<br><br>Honorable John J. Tharp Jr.<br><br>Magistrate Judge Susan E. Cox |

## PLAINTIFFS' NOTICE OF MOTION AND MOTION FOR FINAL APPROVAL OF SETTLEMENT WITH DEFENDANT RELAYHEALTH

Please take notice that the Plaintiffs hereby move the Court for an Order granting their Motion for Final Approval of the Settlement with Defendant RelayHealth. This motion is based on this notice of motion and motion, Federal Rule of Civil Procedure 23, the concurrently filed Memorandum and supporting declarations, and all other evidence and arguments presented in the briefings and at the hearing on this motion.

The Court has set a telephonic hearing for this Motion on February 22, 2022 at 10 a.m. Pursuant to the United States District Court for the Northern District of Illinois' Ninth General Order 20-0012 (Jan. 12, 2021), the undersigned counsel will not request an in-person presentment of this Motion.

Dated: January 21, 2022

Respectfully submitted,

*s/Kenneth A. Wexler*
Kenneth A. Wexler
Justin N. Boley
Tyler J. Story
Zoran Tasić
**Wexler Boley & Elgersma LLP**
55 West Monroe St., Ste. 3300
Chicago, IL 60603
T: (312) 346-2222
F: (312) 346-0022

kaw@wbe.com
jnb@wbe.com
tjs@wbe.com
zt@wbe.com

W. Joseph Bruckner
Robert K. Shelquist
Brian D. Clark
**Lockridge Grindal Nauen P.L.L.P.**
100 Washington Avenue South,
Suite 2200
Minneapolis, MN 55401
T: (612) 339-6900
F: (612) 339-0981
wjbruckner@locklaw.com
rkshelquist@locklaw.com
bdclark@locklaw.com

Tyler W. Hudson
Eric D. Barton
**Wagstaff & Cartmell, LLP**
4740 Grand Avenue, Ste. 300
Kansas City, MO 64112
T: (816) 701-1100
F: (816) 531-2372
thudson@wcllp.com
ebarton@wcllp.com

Daniel E. Gustafson
Karla M. Gluek
Michelle J. Looby
**Gustafson Gluek PLLC**
120 South Sixth Street, Ste. 2600
Minneapolis, MN 55402
T: (612) 333-8844
F: (612) 339-6622
dgustafson@gustafsongluek.com
kgluek@gustafsongluek.com
mlooby@gustafsongluek.com

Robert N. Kaplan
Jeffrey P. Campisi
Elana Katcher
Matthew P. McCahill
**Kaplan Fox & Kilsheimer LLP**
850 Third Ave., 14th Floor

New York, NY 10022
T: (212) 687-1980
rkaplan@kaplanfox.com
jcampisi@kaplanfox.com
ekatcher@kaplanfox.com
mmccahill@kaplanfox.com

Eugene A. Spector
William G. Caldes
Jeffrey L. Kodroff
John Macoretta
**Spector Roseman & Kodroff, P.C.**
2001 Market Street, Suite 3420
Philadelphia, PA 19103
T: (215) 496-0300
espector@srkattorneys.com
bcaldes@srkattorneys.com
jkodroff@srkattorneys.com
jmacoretta@srkattorneys.com

Gregory S. Asciolla
Karin E. Garvey
Jonathan S. Crevier
**Labaton Sucharow LLP**
140 Broadway
New York, NY 10005
T: (212) 907-0700
F: (212) 818-0477
gasciolla@labaton.com
kgarvey@labaton.com
jcrevier@labaton.com

*Interim Co-Lead Counsel*