UNITED STATES DISTRICT COURT
FOR THE Northern District of Illinois − CM/ECF LIVE, Ver 6.3.4
Eastern Division

Powell Prescription Center, et al.

                                    Plaintiff,

v.                                                                       Case No.: 1:19−cv−06627
                                                                         Honorable John J. Tharp Jr.

Surescripts, LLC, et al.

                                    Defendant.

**NOTIFICATION OF DOCKET ENTRY**

This docket entry was made by the Clerk on Thursday, February 24, 2022:

      MINUTE entry before the Honorable John J. Tharp, Jr:Fairness Hearing held. For the reasons stated on the record and in the accompanying Order, the Court grants Plaintiff's motion for final approval of the settlement with defendant RelayHealth [196]. Enter Order. The motions of defendants Allscripts Healthcare Solutions Inc. [161] and Surescripts LLC [164] to dismiss the Second Amended Consolidated Class Action Complaint remain pending. A further status hearing will be set as appropriate when the Court has ruled on the pending motions to dismiss. The trial date of September 5, 2022, is stricken. Mailed notice(air, )

**ATTENTION:** This notice is being sent pursuant to Rule 77(d) of the Federal Rules of Civil Procedure or Rule 49(c) of the Federal Rules of Criminal Procedure. It was generated by CM/ECF, the automated docketing system used to maintain the civil and criminal dockets of this District. If a minute order or other document is enclosed, please refer to it for additional information.

For scheduled events, motion practices, recent opinions and other information, visit our web site at ***www.ilnd.uscourts.gov***.