**UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION**

| | |
|---|---|
| IN RE SURESCRIPTS ANTITRUST LITIGATION<br><br>This Document Relates To:<br><br>All Class Actions | Civil Action No. 1:19-cv-06627<br><br>Judge John J. Tharp, Jr.<br><br>Magistrate Judge Susan E. Cox |

**CASE MANAGEMENT ORDER NO. 2**

**WHEREAS**, on March 12, 2020, the Court directed Plaintiffs and Defendants to jointly move for entry of proposed Case Management Order No. 2 regarding a joint litigation schedule;

**WHEREAS**, due to the onset of the COVID-19 pandemic, the parties did not move for and the Court did not enter Case Management Order No. 2;

**WHEREAS**, on October 19, 2020, Plaintiffs filed the Second Amended Consolidated Class Action Complaint;

**WHEREAS**, on December 4, 2020, Defendants Surescripts, LLC and Allscripts Healthcare Solutions, Inc. each moved to dismiss Plaintiffs' Second Amended Consolidated Class Action Complaint;

**WHEREAS**, on June 21, 2022, the Court denied Defendants' motions to dismiss Plaintiffs' Second Amended Consolidated Class Action Complaint and directed the parties to submit a proposed case management schedule;

**WHEREAS**, the Court has received and reviewed the parties' proposed case management schedules and agreed ESI Protocol;

**WHEREAS**, in the interest of efficiency, judicial economy, and the orderly management

1

of discovery;

      IT IS HEREBY ORDERED THAT:

      1.      The parties' agreed ESI Protocol, attached as Exhibit 1 to the Joint Status Report, is approved.

      2.      Subject to further order of the Court, the litigation will proceed pursuant to the following schedule:

| DATE | EVENT |
| --- | --- |
| July 11, 2022 | Fact discovery begins. |
| July 26, 2022 | Answers to amended complaint due. |
| December 14, 2022 | Parties certify that production of documents responsive to initial discovery requests is complete. |
| February 26, 2023 | Parties certify that all document productions are substantially complete. All discovery requests must be served to be answerable by this date, except for requests for admissions, which may be served up to 45 days before the dispositive motion deadline. |
| April 14, 2023 | Fact discovery closes. |
| May 19, 2023 | Plaintiffs disclose class certification experts and merits experts and serve initial expert reports. |
| June 16, 2023 | Defendants disclose rebuttal experts and all experts on issues as to which Defendants bear the burden of proof. Defendants serve rebuttal expert reports on class certification and merits issues and initial expert reports on issues for which Defendants bear the burden of proof. |
| July 14, 2023 | Plaintiffs disclose rebuttal experts and serve rebuttal expert reports on issues for which Defendants bear the burden of proof. |
| July 28, 2023 | Expert discovery closes. |

| | |
|---|---|
| August 25, 2023 | Daubert motions due. |
| September 22, 2023 | Daubert motion responses due. |
| October 20, 2023 | Daubert motion replies due. |
| December 22, 2023 | Ruling on Daubert motions. |
| February 2, 2024 | Class Certification and Summary Judgment motions due. |
| March 15, 2024 | Class Certification and Summary Judgment motion responses due. |
| April 12, 2024 | Class Certification and Summary Judgment motion replies due. |
| April 26, 2024 | Hearing on Class Certification and Summary Judgment. |
| TBD | Rulings on Class Certification and Summary Judgment. |
| TBD | Pretrial disclosures per Rule 26(a)(3) due. |
| TBD | Filing of Preliminary Pretrial Order. |
| TBD | Initial Pretrial Conference. |
| TBD | Final Pretrial Conference. |
| TBD | Trial begins. |

**IT IS SO ORDERED.**

**Dated:** July 12, 2022

John J. Tharp, Jr.
United States District Judge