## UNITED STATES DISTRICT COURT
### FOR THE Northern District of Illinois – CM/ECF NextGen 1.7.1.1
### Eastern Division

Powell Prescription Center, et al.
                              Plaintiff,

v.                                                            Case No.: 1:19−cv−06627
                                                                     Honorable John J. Tharp Jr.

Surescripts, LLC, et al.
                              Defendant.

## NOTIFICATION OF DOCKET ENTRY

This docket entry was made by the Clerk on Monday, November 13, 2023:

      MINUTE entry before the Honorable John J. Tharp, Jr:The unopposed joint motion for leave to file briefs in excess of fifteen pages [279] is granted. Daubert motions shall not exceed 30 pages; Daubert motion responses shall not exceed 20 pages. Mailed notice(air, )

**ATTENTION:** This notice is being sent pursuant to Rule 77(d) of the Federal Rules of Civil Procedure or Rule 49(c) of the Federal Rules of Criminal Procedure. It was generated by CM/ECF, the automated docketing system used to maintain the civil and criminal dockets of this District. If a minute order or other document is enclosed, please refer to it for additional information.

For scheduled events, motion practices, recent opinions and other information, visit our web site at ***www.ilnd.uscourts.gov***.