**UNITED STATES DISTRICT COURT**
**NORTHERN DISTRICT OF ILLINOIS**

| | |
|---|---|
| IN RE SURESCRIPTS ANTITRUST LITIGATION <br><br> This Document Relates To: <br><br> All Class Actions | Civil Action No. 1:19-cv-06627 <br><br> Judge John J. Tharp, Jr. <br><br> Magistrate Judge Susan E. Cox |

**STATUS REPORT**

Defendants Surescripts, LLC ("Surescripts") and Allscripts Healthcare Solutions, Inc. ("Allscripts," and together with Surescripts, the "Defendants") and Plaintiffs Corner Pharmacy, Summers Pharmacy, Logan Primary Pharmacy, Integrated Pharmaceutical Solutions LLC d/b/a Bartow Pharmacy Medical Supply, Concord Pharmacy, Jerald Whitman d/b/a Whitman Pharmacy, Kennebunk Village Pharmacy, Inc., and 731 Pharmacy Corp. d/b/a Ivan Pharmacy ("Plaintiffs," and together with Defendants, the "Parties") jointly submit this Status Report pursuant to the Court's March 20, 2024 Orders. *See* ECF Nos. 322, 323. The Parties have conferred and agree as follows:

1. Plaintiffs will voluntarily dismiss their Michigan state law claims by moving to amend the Second Amended Consolidated Class Action Complaint (ECF No. 148) pursuant to Federal Rule of Civil Procedure 15(a)(2). The Parties will meet and confer regarding the substance of Plaintiffs' proposed amendment, and following Defendants' written consent regarding the same, Plaintiffs will file an unopposed motion to amend.

2. Plaintiffs agree that, with their voluntary dismissal of their Michigan state law claims, Plaintiffs are disclaiming any right to claim damages arising under Michigan state law.

3. In light of the above, the Parties agree that it is not necessary for the Court to reopen the fact discovery period in this case in order for the Parties to conduct Michigan downstream discovery.

4. The Parties agree that judicial and Party efficiency favor extending the Parties' current summary judgment and class certification briefing deadlines so that those deadlines are teed off the Court's forthcoming *Daubert* rulings and allow the same number of days between the *Daubert* rulings and the briefing deadlines as anticipated in Case Management Order No. 2, as modified by minute entry on April 6, 2023. The Parties will submit a joint motion requesting this extension.

Dated: April 10, 2024

/s/ *Alfred C. Pfeiffer, Jr.*
Alfred C. Pfeiffer, Jr. (CA Bar 120965)
LATHAM & WATKINS LLP
505 Montgomery Street, Suite 2000
San Francisco, CA 94111-6538
Telephone: (415) 391-0600
Fax: (415) 395-8095
al.pfeiffer@lw.com

Amanda P. Reeves (*pro hac vice*)
LATHAM & WATKINS LLP
555 Eleventh Street, NW, Suite 1000
Washington, DC 20004-1304
Telephone: (202) 637-2183
Fax: (202) 637-2201
amanda.reeves@lw.com

Elyse M. Greenwald (*pro hac vice*)
LATHAM & WATKINS LLP
10250 Constellation Blvd., Suite 1100
Los Angeles, CA 90067-6268
Telephone: (424) 653-5500
Fax: (424) 653-5501
elyse.greenwald@lw.com

*Attorneys for Defendant Surescripts, LLC*

*/s/ Katharine M. O'Connor (with consent)*
Katharine M. O'Connor
McDermott Will & Emery LLP
444 W. Lake Street, Suite 4000
Chicago, IL 60606
(312) 372-2000
koconnor@mwe.com
jeastby@mwe.com

Joel R. Grosberg (*pro hac vice*)
McDermott Will & Emery LLP
500 North Capitol St, NW
Washington, DC 20001
(202) 756-8000
jgrosberg@mwe.com

*Attorneys for Defendant Allscripts Healthcare Solutions, Inc.*


*/s/ Kenneth A. Wexler (with consent)*
Kenneth A. Wexler
Justin N. Boley
Tyler J. Story
Margaret L. Shadid
**Wexler Boley & Elgersma LLP**
311 S. Wacker Drive, Suite 5450
Chicago, IL 60606
T: (312) 346-2222
kaw@wbe-llp.com
jnb@wbe-llp.com
tjs@wbe-llp.com
ms@wbe-llp.com

Gregory S. Asciolla (pro hac vice)
Karin E. Garvey (pro hac vice)
Jonathan S. Crevier (pro hac vice)
**DiCello Levitt LLP**
485 Lexington Ave, Ste. 1001
New York, NY 10017
T: (646) 993-1000
gasciolla@dicellolevitt.com
kgarvey@dicellolevitt.com
jcrevier@dicellolevitt.com

Brian M. Hogan
**DiCello Levitt LLP**
Ten North Dearborn, 6th Floor
Chicago, IL 60602
T: (312) 214-7900
bhogan@dicellolevitt.com

Daniel E. Gustafson (pro hac vice)
Karla M. Gluek (pro hac vice)
Michelle J. Looby (pro hac vice)
**Gustafson Gluek PLLC**
120 South Sixth Street, Ste. 2600
Minneapolis, MN 55402
T: (612) 333-8844
dgustafson@gustafsongluek.com
kgluek@gustafsongluek.com
mlooby@gustafsongluek.com

Tyler W. Hudson (pro hac vice)
Eric D. Barton (pro hac vice)
**Wagstaff & Cartmell, LLP**
4740 Grand Avenue, Ste. 300
Kansas City, MO 64112
T: (816) 701-1100
thudson@wcllp.com
ebarton@wcllp.com

Robert N. Kaplan (pro hac vice)
Elana Katcher (pro hac vice)
**Kaplan Fox & Kilsheimer LLP**
850 Third Ave., 14th Floor
New York, NY 10022
T: (212) 687-1980
rkaplan@kaplanfox.com
ekatcher@kaplanfox.com

W. Joseph Bruckner (pro hac vice)
Robert K. Shelquist (pro hac vice)
Brian D. Clark (pro hac vice)
Jessica N. Servais (pro hac vice)
**Lockridge Grindal Nauen P.L.L.P.**
100 Washington Avenue South, Suite 2200
Minneapolis, MN 55401
T: (612) 339-6900
wjbruckner@locklaw.com
rkshelquist@locklaw.com

4

bdclark@locklaw.com
jnservais@locklaw.com

Jeffrey L. Kodroff
John Macoretta
**Spector Roseman & Kodroff, P.C.**
2001 Market Street
Philadelphia PA 19103
T: (215) 496-0300
jkodroff@srkattorneys.com
jmacoretta@srkatorneys.com

*Counsel for Plaintiffs and the Proposed Class*