**U.S. District Court for the Northern District Of Illinois**
**Attorney Appearance Form**

Case Title: Powell Prescription Center, et al. v. Surescripts, LLC, et al. (In re Surescripts Antitrust Litigation)

Case Number: 1:19-cv-06627

An appearance is hereby filed by the undersigned as attorney for:

731 Pharmacy Corp. d/b/a Ivan Pharmacy

Attorney name (type or print): Natasha G. Menell

Firm: Olshan Frome Wolosky LLP

Street address: 1325 Avenue of the Americas, New York, NY 10019

City/State/Zip: New York, New York 10019

Bar ID Number: 5498993
(See item 3 in instructions)

Telephone Number: (212) 451-2281

Email Address: NMenell@olshanlaw.com

| Question | Yes | No |
|---|---|---|
| Are you acting as lead counsel in this case? | ☐ | ☑ |
| Are you a member of the court's general bar? | ☐ | ☑ |
| Are you a member of the court's trial bar? | ☐ | ☑ |
| Are you appearing *pro hac vice*? | ☑ | ☐ |
| If this case reaches trial, will you act as the trial attorney? | ☐ | ☑ |

If this is a criminal case, check your status.

☐ Retained Counsel
☐ Appointed Counsel
If appointed counsel, are you a
☐ Federal Defender
☐ CJA Panel Attorney

In order to appear before this Court an attorney must either be a member in good standing of this Court's general bar or be granted leave to appear *pro hac vice* as provided for by local rules 83.12 through 83.14. I declare under penalty of perjury that the foregoing is true and correct. Under 28 U.S.C.§1746, this statement under perjury has the same force and effect as a sworn statement made under oath.

Executed on April 17, 2024

Attorney signature: S/ *Natasha G. Menell*
(Use electronic signature if the appearance form is filed electronically.)

Revised 07/19/2023