UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

| | |
|---|---|
| IN RE SURESCRIPTS ANTITRUST LITIGATION<br><br>This Document Relates To:<br>All Class Actions | Civil Action No: 1:19-cv-06627<br><br>Judge John J. Tharp, Jr. |

**JOINT MOTION FOR RELIEF FROM MINUTE ORDER FILED ON DECEMBER 12, 2024 (DKT NO. 359)**

WHEREAS, over the past several months, Plaintiffs[1] and Defendants Surescripts LLC ("Surescripts") and Allscripts Healthcare Solutions, Inc. ("Allscripts," and collectively, the "Parties") have been discussing the potential resolution of this litigation;

WHEREAS, on December 12, 2024, the Court entered a briefing schedule related to the Parties' anticipated motions for class certification and summary judgment. Pursuant to that Order, motions for class certification and summary judgment were due January 30, 2025; oppositions are due March 13, 2025; and replies are due April 24, 2025;

WHEREAS, on January 30, 2025, Plaintiffs filed a motion for class certification, and Surescripts and Allscripts filed motions for summary judgment. *See* Dkt Nos. 367-86;

---

[1] "Plaintiffs" are Corner Pharmacy, Summers Pharmacy, Logan Primary Pharmacy, Integrated Pharmaceutical Solutions LLC d/b/a Bartow Pharmacy Medical Supply, Concord Pharmacy, Jerald Whitman d/b/a Whitman Pharmacy, Kennebunk Village Pharmacy, Inc., and 731 Pharmacy Corp. d/b/a Ivan Pharmacy.

1

WHEREAS, during the pendency of the briefing on these motions, the Parties continued to discuss potential resolution, with those discussions ripening to a degree where the Parties are working to schedule a mediation;

WHEREAS, the Parties believe that a reasonable extension of the briefing schedule on the motions for class certification and summary judgment is in the bests interests of the Parties, as such an extension will permit a more efficient allocation of Party resources and maximize the potential for successful resolution; and

WHEREAS, this is the Parties' first request for such an extension, and no Party objects to the extension.

WHEREFORE, the Parties respectfully request that the Court extend the deadlines for responses and replies to the pending class certification and summary judgment motions by approximately four months to July 16, 2025 for oppositions and to August 27, 2025 for replies.

Dated: February 24, 2025

Respectfully submitted,

/s/ *Kenneth A. Wexler*
Kenneth A. Wexler
Justin N. Boley
Tyler J. Story
Margaret L. Shadid
**Wexler Boley & Elgersma LLP**
311 S. Wacker Drive, Suite 5450
Chicago, IL 60606
T: (312) 346-2222
kaw@wbe-llp.com
jnb@wbe-llp.com
tjs@wbe-llp.com
ms@wbe-llp.com

Karin E. Garvey (N.D. Ill. Bar No. 2997831)
Brian M. Hogan (N.D. Ill. Bar No. 6286419)
**Scott+Scott Attorneys at Law LLP**
The Helmsley Building
230 Park Ave., 24th Floor
New York, NY 10169
(212) 223-6444
kgarvey@scott-scott.com
brian.hogan@scott-scott.com

Daniel E. Gustafson (pro hac vice)
Karla M. Gluek (pro hac vice)
Michelle J. Looby (pro hac vice)
**Gustafson Gluek PLLC**
120 South Sixth Street, Ste. 2600
Minneapolis, MN 55402
T: (612) 333-8844
dgustafson@gustafsongluek.com
kgluek@gustafsongluek.com
mlooby@gustafsongluek.com

Tyler W. Hudson (pro hac vice)
Eric D. Barton (pro hac vice)
**Wagstaff & Cartmell, LLP**
4740 Grand Avenue, Ste. 300
Kansas City, MO 64112
T: (816) 701-1100
thudson@wcllp.com
ebarton@wcllp.com

Robert N. Kaplan (pro hac vice)
Elana Katcher (pro hac vice)
**Kaplan Fox & Kilsheimer LLP**
850 Third Ave., 14th Floor
New York, NY 10022
T: (212) 687-1980
rkaplan@kaplanfox.com
ekatcher@kaplanfox.com

W. Joseph Bruckner (pro hac vice)
Robert K. Shelquist (pro hac vice)
Brian D. Clark (pro hac vice)
Jessica N. Servais (pro hac vice)
**Lockridge Grindal Nauen PLLP**
100 Washington Avenue South, Suite 2200

Minneapolis, MN 55401
T: (612) 339-6900
wjbruckner@locklaw.com
rkshelquist@locklaw.com
bdclark@locklaw.com
jnservais@locklaw.com

Kristie A. LaSalle (pro hac vice)
**Lockridge Grindal Nauen PLLP**
265 Franklin Street, Suite 1702
Boston, MA 02110
T: (617) 535-3763
kalasalle@locklaw.com

Gregory S. Asciolla (pro hac vice)
Jonathan S. Crevier (pro hac vice)
**DiCello Levitt LLP**
485 Lexington Ave, Ste. 1001
New York, NY 10017
T: (646) 993-1000
gasciolla@dicellolevitt.com
jcrevier@dicellolevitt.com

Jeffrey L. Kodroff
John Macoretta
**Spector Roseman & Kodroff, P.C.**
2001 Market Street
Philadelphia PA 19103
T: (215) 496-0300
jkodroff@srkattorneys.com
jmacoretta@srkatorneys.com

*Counsel for Plaintiffs and the Proposed Class*


*/s/ Alfred C. Pfeiffer, Jr.*
Alfred C. Pfeiffer, Jr. (CA Bar 120965)
**LATHAM & WATKINS LLP**
505 Montgomery Street, Suite 2000
San Francisco, CA 94111-6538
Telephone: (415) 391-0600
Fax: (415) 395-8095
al.pfeiffer@lw.com

Amanda P. Reeves (pro hac vice)
**LATHAM & WATKINS LLP**

4

555 Eleventh Street, NW, Suite 1000
Washington, DC 20004-1304
Telephone: (202) 637-2183
Fax: (202) 637-2201
amanda.reeves@lw.com

Elyse M. Greenwald (pro hac vice)
**LATHAM & WATKINS LLP**
10250 Constellation Blvd., Suite 1100
Los Angeles, CA 90067-6268
Telephone: (424) 653-5500
Fax: (424) 653-5501
elyse.greenwald@lw.com

*Attorneys for Defendant Surescripts, LLC*

*/s/ Katharine M. O'Connor*
Katharine M. O'Connor
**McDermott Will & Emery LLP**
444 W. Lake Street, Suite 4000
Chicago, IL 60606
(312) 372-2000
koconnor@mwe.com

Joel R. Grosberg (pro hac vice)
**McDermott Will & Emery LLP**
500 North Capitol St, NW
Washington, DC 20001
(202) 756-8000
jgrosberg@mwe.com

*Attorneys for Defendant Allscripts
Healthcare Solutions, Inc.*

5