**UNITED STATES DISTRICT COURT**
**NORTHERN DISTRICT OF ILLINOIS**

| | |
|---|---|
| IN RE SURESCRIPTS ANTITRUST LITIGATION | Civil Action No. 1:19-cv-06627 |
| This Document Relates To: All Class Actions | Honorable John J. Tharp Jr. |

**PLAINTIFFS' UNOPPOSED MOTION FOR FINAL APPROVAL**
**OF SETTLEMENT WITH DEFENDANTS SURESCRIPTS LLC AND**
**<u>ALLSCRIPTS HEALTHCARE SOLUTIONS, INC.</u>**

PLEASE TAKE NOTICE that Plaintiffs Corner Pharmacy, Summers Pharmacy, Logan Primary Pharmacy, Integrated Pharmaceutical Solutions LLC d/b/a Bartow Pharmacy Medical Supply, Concord Pharmacy, Jerald Whitman d/b/a Whitman Pharmacy, Kennebunk Village Pharmacy, Inc., and 731 Pharmacy Corp. d/b/a Ivan Pharmacy ("Plaintiffs"), by and through their undersigned counsel, move the Court, pursuant to Rule 23(e)(1) of the Federal Rules of Civil Procedure, for entry of an Order: (1) granting final approval of their Settlement with Defendants Surescripts LLC and Allscripts Healthcare Solutions, Inc.; (2) finally certifying the Settlement Class; (3) finding the Settlement and Plan of Allocation to be fair, reasonable, and adequate; and (4) appointing Class Counsel and Class Representatives for the Settlement Class.

This motion is based upon the accompanying Memorandum of Law, Declaration of Stephen Hofmann Regarding: Implementation of the Notice Plan and Requests for Exclusion and Objections Received and exhibits thereto, and all other papers and proceedings herein. The [Proposed] Judgment will be emailed to the Court pursuant to the Court's Case Procedures.

Dated: December 12, 2025

Respectfully submitted,

/s/ *Kenneth A. Wexler*
Kenneth A. Wexler (N.D. Ill. Bar No. 3127810)
Justin N. Boley (N.D. Ill. Bar No. 6302433)

Tyler J. Story (N.D. Ill. Bar No. 317424)
Margaret Shadid (N.D. Ill. Bar No. 6336741)
**WEXLER BOLEY & ELGERSMA LLP**
311 S. Wacker Drive, Suite 5450
Chicago, IL 60606
T: (312) 346-2222
kaw@wbe-llp.com
jnb@wbe-llp.com
tjs@wbe-llp.com
ms@wbe-llp.com

Karin E. Garvey (N.D. Ill. Bar No. 2997831)
Brian M. Hogan (N.D. Ill. Bar No. 6286419)
**Scott+Scott Attorneys at Law LLP**
The Helmsley Building
230 Park Ave., 24th Floor
New York, NY 10169
T: (212) 223-6444
kgarvey@scott-scott.com
brian.hogan@scott-scott.com

Daniel E. Gustafson (*pro hac vice*)
Karla M. Gluek (*pro hac vice*)
Michelle J. Looby (*pro hac vice*)
**Gustafson Gluek PLLC**
120 South Sixth Street, Ste. 2600
Minneapolis, MN 55402
T: (612) 333-8844
dgustafson@gustafsongluek.com
kgluek@gustafsongluek.com
mlooby@gustafsongluek.com

Tyler W. Hudson (*pro hac vice*)
Eric D. Barton (*pro hac vice*)
**Wagstaff & Cartmell, LLP**
4740 Grand Avenue, Ste. 300
Kansas City, MO 64112
T: (816) 701-1100
thudson@wcllp.com
ebarton@wcllp.com

Robert N. Kaplan (*pro hac vice*)
Elana Katcher (*pro hac vice*)
**Kaplan Fox & Kilsheimer LLP**
800Third Ave., 38th Floor
New York, NY 10022

T: (212) 687-1980
rkaplan@kaplanfox.com
ekatcher@kaplanfox.com

W. Joseph Bruckner (*pro hac vice*)
Robert K. Shelquist (*pro hac vice*)
Brian D. Clark (*pro hac vice*)
Jessica N. Servais (*pro hac vice*)
**Lockridge Grindal Nauen PLLP**
100 Washington Avenue South, Suite 2200
Minneapolis, MN 55401
T: (612) 339-6900
wjbruckner@locklaw.com
rkshelquist@locklaw.com
bdclark@locklaw.com
jnservais@locklaw.com

Gregory S. Asciolla (*pro hac vice*)
Jonathan S. Crevier (*pro hac vice*)
**DiCello Levitt LLP**
485 Lexington Ave, Ste. 1001
New York, NY 10017
T: (646) 993-1000
gasciolla@dicellolevitt.com
jcrevier@dicellolevitt.com

Jeffrey L. Kodroff
John Macoretta
**Spector Roseman & Kodroff, P.C.**
2001 Market Street
Philadelphia PA 19103
T: (215) 496-0300
jkodroff@srkattorneys.com
jmacoretta@srkatorneys.com

*Counsel for Plaintiffs and the Proposed Class*

3